UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JERRY DEAN BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:10-CV-0062-JCH |
| ) | |
| MARION COUNTY LAW ENFORCEMENT ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court upon plaintiff's motion to voluntarily dismiss his complaint [Doc. #21]. On February 17, 2011, while this action was under review pursuant to 28 U.S.C. § 1915, plaintiff submitted a letter to the Clerk requesting that he did not "wish to continue my case." The Court will construe this request as a motion pursuant to Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's request to voluntarily dismiss this action [Doc. #21] is **GRANTED**. See Fed. R. Civ. P. 41(a).

Dated this 22nd day of February, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE